# EXHIBIT C

Prepared By: MABEL DSOUZA
OCWEN LOAN SERVICING, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Phone Number: 561-682-8835
LOAN NUMBER:
Attorney Code

## ASSIGNMENT OF MORTGAGE
### RHODE ISLAND

This ASSIGNMENT OF MORTGAGE is made and entered into as of this **3rd** day of **June**, 2008, from NEW CENTURY MORTGAGE CORPORATION, whose address is C/O OCWEN LOAN SERVICING, LLC 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 ("Assignor") to U.S. BANK N.A., IN IT'S CAPACITY AS TRUSTEE FOR THE REGISTERED HOLDERS OF MASTR ASSET BACK SECURITIES TRUST 2005-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-NC1, whose address is C/O OCWEN LOAN SERVICING, LLC 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409 ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Office of the Public Records of **WOONSOCKET City**, State of RHODE ISLAND, as follows:

Mortgagor: OSCAR A. HERNANDEZ AND MARTHA VALLE NAVARRO
Mortgagee: NEW CENTURY MORTGAGE CORPORATION
Document Date: SEPTEMBER 30, 2004
Recording Date: _____
Book/Volume/Docket/Liber: **1387**
Page/Folio: **511**
Property address: 176-178 GROVE STREET, WOONSOCKET, RI
Property described as follows:

**FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE**

Together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney's fees and all other charges.

This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the **3rd** day of **June**, 2008.

NEW CENTURY MORTGAGE CORPORATION
By Its Attorney-In-Fact
Ocwen Loan Servicing, LLC

BY: _____

NAME: Denise A. Marvel
TITLE: Manager of Document Control and Contract Management

Signed, sealed and delivered in the presence of:

(1) _____ Nancy Eller

(2) _____ Michael Hanna

STATE OF FLORIDA )
) ss.
COUNTY OF PALM BEACH )

This assignment is effective _____

The foregoing instrument was acknowledged before me this **3** day of **June**, 2008, by Denise A. Marvel, Manager of Document Control and Contract Management of Ocwen Loan Servicing, LLC, Limited Liability Company, Attorney-in-Fact for NEW CENTURY MORTGAGE CORPORATION, on behalf of the company. He is personally known to me.

Notary Public-State of Florida

NOTARY PUBLIC-STATE OF FLORIDA
Doris Chapman
Commission # DD518204
Expires: FEB. 14, 2010
Bonded Thru Atlantic Bonding Co., Inc.

Received in Woonsocket R.I.
Date Jun 17, 2008 Time 12:42:48P
Pauline S. Paseur, City Clerk