UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Oscar Hernandez and
Martha Valle Navarro,
    Plaintiffs

Vs.                        C.A. NO. 1:18-cv-00121-WES-LDA

US Bank NA, and,
Ocwen Loan Servicing LLC,
    Defendants

## PLAINTIFF'S MOTION TO REMAND

Now come the Plaintiffs, (hereinafter 'Movants'), who file this motion to remand, as permitted by pursuant to Fed.Rules Civ.Proc.Rule 81(c). In support of this motion to remand, the Movants have contemporaneously filed a memorandum of law and argument.

Wherefore, in consideration of this motion to remand and the accompanying memorandum of law and argument, the Movants ask the court to grant their motion to remand the within matter.

                                      /s/ Stephen P. Levesque 5742
                                      165 Burnside Street, 2nd Flr
                                      Cranston, RI 02910
                                      Phone (401) 490-4900
                                      Fax (401) 490-4901

**Certification**:   I hereby certify that I caused a true copy of the within to be mailed this 22nd day of March, 2018 to those parties noticed pursuant to ECF noticing system.

                                      /s/ Stephen P. Levesque 5742